IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RONALD H. COLLINS, JR.,

      Appellant,

v.

Case No.  5D21-3020
LT Case No. 2019-CF-103158

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed August 30, 2022

Appeal from the Circuit Court
for Volusia County,
James R. Clayton, Judge.

Amanda Peterson and Keith Peterson,
of Law Offices of Peterson, P.A.,
Mulberry, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.


      AFFIRMED.


LAMBERT, C.J., EDWARDS and EISNAUGLE, JJ., concur.